# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-2070
Lower Tribunal No. 2013-CP-001770-0001-XX

_____

LAURA WOODARD,

Appellant,

v.

KENNETH W. MAXFIELD, JR., as PERSONAL REPRESENTATIVE of the ESTATE OF KENNETH W. MAXFIELD,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

February 20, 2024

PER CURIAM.

AFFIRMED.

WOZNIAK, SMITH and MIZE, JJ., concur.


Amber Robinson and Ralph Strzalkowski, of Florida Rights Law Firm, St. Petersburg, for Appellant.

D. Keith Wickenden and William M. Pearson, of Gunster, Yoakley & Stewart, P.A., Naples, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED